**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number *(If known)*: _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Aziz<br>First name<br><br>_____<br>Middle name<br><br>Lokhandwala<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 6 8 0<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 1

Debtor 1    Aziz Lokhandwala         Case number *(if known)*_____
      First Name    Middle Name    Last Name

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____<br>EIN _____<br>EIN _____<br>EIN _____ | EIN _____<br>EIN _____<br>EIN _____<br>EIN _____ |
| **5. Where you live** | 3178 Old Hwy 5S<br>Number   Street<br>_____<br>Ellijay   GA   30540<br>City   State   ZIP Code<br>Gilmer County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>1046 Old Canton Rd<br>Number   Street<br>_____<br>P.O. Box<br>Marietta   GA   30068<br>City   State   ZIP Code | **If Debtor 2 lives at a different address:**<br>_____<br>Number   Street<br>_____<br>_____<br>City   State   ZIP Code<br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number   Street<br>_____<br>P.O. Box<br>_____<br>City   State   ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>[✓] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>[ ] I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br>[ ] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>[ ] I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 2

Debtor 1    Aziz Lokhandwala    Case number *(if known)*_____
        *First Name*   *Middle Name*   *Last Name*

---

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 3

Debtor 1  Aziz Lokhandwala  Case number (if known)_____
       First Name  Middle Name  Last Name

---

**Part 3:** Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                               State   ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.  I am not filing under Chapter 11.
☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____

Debtor 1  Aziz Lokhandwala  Case number (*if known*)_____
         First Name   Middle Name   Last Name

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Aziz Lokhandwala    Case number *(if known)*_____
        *First Name    Middle Name    Last Name*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☒ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☒ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Aziz Lokhandwala    ✗ _____
  Signature of Debtor 1      Signature of Debtor 2

Executed on  05/30/2025    Executed on _____
        MM / DD / YYYY            MM / DD / YYYY

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 6

Debtor 1   Aziz Lokhandwala _____   Case number (*if known*)_____
         First Name   Middle Name   Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s/ William Rountree      Date  05/30/2025
Signature of Attorney for Debtor     MM / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road
Number   Street

Suite 350

Atlanta     GA     30329
City     State     ZIP Code

Contact phone  404-584-1238     Email address  wrountree@rlkglaw.com

616503     GA
Bar number     State

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 7

**Fill in this information to identify your case:**

Debtor 1: Aziz Lokhandwala
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|
| **1** | **Creditor's Name:** U.S. Small Business Administration<br>**Number/Street:** 2 North Street<br>Ste. 320<br>**City/State/ZIP:** Birmingham, AL 35203<br>**Contact:**<br>**Contact phone:** | **What is the nature of the claim?** Guaranty on SBA Loan<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>Value of security: − $_____<br>Unsecured claim: $_____ | $150,000.00 |
| **2** | **Creditor's Name:** U.S. Small Business Administration<br>**Number/Street:** 2 North Street<br>Ste. 320<br>**City/State/ZIP:** Birmingham, AL 35203<br>**Contact:**<br>**Contact phone:** | **What is the nature of the claim?** Guaranty on SBA Loan<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>Value of security: − $_____<br>Unsecured claim: $_____ | $120,000.00 |

Debtor 1 __Aziz Lokhandwala_____     Case number (*if known*)_____
         First Name   Middle Name   Last Name

|   | | | **Unsecured claim** |
|---|---|---|---|
| **3** | **U.S. Small Business Administration** <br> Creditor's Name <br> 2 North Street <br> Number    Street <br> Ste. 320 <br> Birmingham    AL    35203 <br> City    State    ZIP Code <br> _____ <br> Contact <br> _____ <br> Contact phone | **What is the nature of the claim?** Guaranty on SBA loan <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured):    $_____ <br>           Value of security:    − $_____ <br>           Unsecured claim    $_____ | $105,414.37 |
| **4** | **US Small Business Administration** <br> Creditor's Name <br> 2 North Street Suite 320 <br> Number    Street <br> _____ <br> Birmingham    AL    35203 <br> City    State    ZIP Code <br> _____ <br> Contact <br> _____ <br> Contact phone | **What is the nature of the claim?** Guaranty on SBA Loan <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured):    $_____ <br>           Value of security:    − $_____ <br>           Unsecured claim    $_____ | $90,453.15 |
| **5** | **Platinum Federal Credit Union** <br> Creditor's Name <br> 4794 Lawrenceville Hwy NW <br> Number    Street <br> _____ <br> Lilburn    GA    30047 <br> City    State    ZIP Code <br> _____ <br> Contact <br> _____ <br> Contact phone | **What is the nature of the claim?** Guaranty on business debt <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured):    $_____ <br>           Value of security:    − $_____ <br>           Unsecured claim    $_____ | $74,366.72 |
| **6** | **Platinum Federal Credit Union** <br> Creditor's Name <br> 4794 Lawrenceville Hwy NW <br> Number    Street <br> _____ <br> Lilburn    GA    30047 <br> City    State    ZIP Code <br> _____ <br> Contact <br> _____ <br> Contact phone | **What is the nature of the claim?** Guaranty on business debt <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured):    $_____ <br>           Value of security:    − $_____ <br>           Unsecured claim    $_____ | $73,415.76 |
| **7** | **AMEX PLATINUM** <br> Creditor's Name <br> P O BOX 981535 <br> Number    Street <br> _____ <br> EL PASO    TX    79998 <br> City    State    ZIP Code <br> _____ <br> Contact <br> _____ <br> Contact phone | **What is the nature of the claim?** Business Credit Card Debt <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured):    $_____ <br>           Value of security:    − $_____ <br>           Unsecured claim    $_____ | $37,091.15 |

29

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor 1  Aziz Lokhandwala
       First Name   Middle Name   Last Name

Case number (if known) _____

                                                                                      **Unsecured claim**

**8**  GOLDMAN SACHS BANKS
       Creditor's Name

       PO BOX 7247
       Number    Street

       LOCKBOX 6112

       PHILADELPHIA        PA    19170
       City                State  ZIP Code

       _____
       Contact

       _____
       Contact phone

What is the nature of the claim? Business Credit Card Debt      $ 4,200.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:                  – $_____
        Unsecured claim                       $_____

**9**  DISCOVER
       Creditor's Name

       PO BOX 30943
       Number    Street

       SALT LAKE CITY        UT    84130
       City                State  ZIP Code

       _____
       Contact

       _____
       Contact phone

What is the nature of the claim? Business Credit Card Debt      $ 1,200.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:                  – $_____
        Unsecured claim                       $_____

**10** Gas Express LLC
       Creditor's Name

       c/o W. Drake Blackmon|Poole Huffman
       Number    Street

       3562 Habersham at Northlake Rd

       Tucker              GA    30084
       City                State  ZIP Code

       _____
       Contact

       _____
       Contact phone

What is the nature of the claim? Tort claims and other contingent, un  $ Unknown

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:                  – $_____
        Unsecured claim                       $_____

**11** _____
       Creditor's Name

       _____
       Number    Street

       _____

       _____
       City                State  ZIP Code

       _____
       Contact

       _____
       Contact phone

What is the nature of the claim? _____     $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:                  – $_____
        Unsecured claim                       $_____

**12** _____
       Creditor's Name

       _____
       Number    Street

       _____

       _____
       City                State  ZIP Code

       _____
       Contact

       _____
       Contact phone

What is the nature of the claim? _____     $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:                  – $_____
        Unsecured claim                       $_____

Debtor 1  Aziz Lokhandwala
        First Name   Middle Name   Last Name

Case number *(if known)* _____

**Unsecured claim**

### 13
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$_____

### 14
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$_____

### 15
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$_____

### 16
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$_____

### 17
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$_____

31

Official Form 104      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 4

Debtor 1 ____Aziz Lokhandwala_____    Case number (*if known*)_____
      First Name   Middle Name   Last Name

|  | | Unsecured claim |
|---|---|---|

**18**

Creditor's Name
_____
Number   Street
_____
City   State   ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim:    $_____

**19**

Creditor's Name
_____
Number   Street
_____
City   State   ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim:    $_____

**20**

Creditor's Name
_____
Number   Street
_____
City   State   ZIP Code
_____
Contact
_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim:    $_____

Debtor 1   Aziz Lokhandwala _____  Case number (*if known*)_____
           First Name   Middle Name   Last Name

# Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Aziz Lokhandwala_____          ✘ _____
Signature of Debtor 1                              Signature of Debtor 2

Date 05/30/2025_____                             Date 05/30/2025_____
     MM / DD  / YYYY                                    MM / DD  / YYYY

74 Ventures Group, LLC
74 Northside Drive SW
Atlanta, GA 30313

Alyzra Group, LLC
407 Cool Springs Place
Kennesaw, GA 30144

AMEX PLATINUM
P O BOX 981535
EL PASO , TX 79998

Arya Food & Gas, LLC
c/o Amy Weber | Poole Huffman
3562 Habersham at Northlake Rd
Tucker, GA 30084

BMW FINANCIAL
BMW FINANCIAL AMERICA LLC
200 BMW DRIVE
WOODCLIFF LAKE, NJ 07677

DISCOVER
PO BOX 30943
SALT LAKE CITY, UT 84130

Gas Express LLC
c/o W. Drake Blackmon|Poole Huffman
3562 Habersham at Northlake Rd
Tucker, GA 30084

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

GOLDMAN SACHS BANKS
PO BOX 7247
LOCKBOX 6112
PHILADELPHIA, PA 19170

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Nadeem Bhamani
3653 Post Oak Tritt Road
Marietta, GA 30062

NIZARI PFCU
11770 UNIVERSITY BLVD
SUGAR LAND, TX 77478

Platinum Federal Credit Union
4794 Lawrenceville Hwy NW
Lilburn, GA 30047

SELENE FINANACE
3501 OLYMPUS BLVD
SUITE 500
DALLAS, TX 75019

U.S. Small Business Administration
2 North Street
Ste. 320
Birmingham, AL 35203

US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

Viamericas Corporation
7910 Woodmont Avenue, Suite 220
Bethesda, MD 20814

Z&S Group LLC
2530 Rockbridge Road
Ste. A
Stone Mountain, GA 30087

United States Bankruptcy Court

Northern District of Georgia

In re: Aziz Lokhandwala

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/30/2025

/s/ Aziz Lokhandwala
Signature of Debtor

_____
Signature of Joint Debtor